# INDIANA OFFICER'S STANDARD CRASH REPORT
## Electronic Version
### 903262922

Page 1 of 6

Local ID: 201800372552

| Date of Crash | Day of Week | Actual Local Time | County | Township | # Motor Vehicles | # Injured | # Dead | # Commercial Vehicles | # Deer |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/2018 | Sat | 7:49 AM | HENDRICKS | GUILFORD | 3 | 1 | 0 | 3 | 0 |

| Road Crash Occurred On | Nearest/Intersecting Road/MileMarker/Interchange | If not an intersection, number of feet from | Direction | Road Classification |
|---|---|---|---|---|
| I70W | 64.5 | | | INTERSTATE |

| Inside Corporate Limits? | City/Town or Nearest City/Town | Property? | Crash Latitude | Crash Longitude |
|---|---|---|---|---|
| YES | PLAINFIELD(HENDRICKS) | | | - |

| Driver #1 | Driver #2 | Driver #3 | Driver #4 |
|---|---|---|---|
| MCCLURE,ROSA.M | HANEY,DONALD.P | PALOMINO,FLORENTINO.S | |

### Driver Contributing Circumstances
(Primary Cause / Vehicle 1 / Vehicle 2 / Vehicle 3 / Vehicle 4)

- Alcoholic Beverages
- Illegal Drugs
- Prescription Drugs
- Driver Asleep or Fatigued
- Driver Illness
- Unsafe Speed
- Failure to Yield
- Disregard Signal
- Left of Center
- Improper Passing
- Improper Turning
- Improper Lane Usage ✓ (Vehicle 2)
- Following Too Closely
- Unsafe Backing
- Overcorrecting
- Ran off Road
- Wrong Way on One Way
- Pedestrian's Action
- Passenger Distraction
- Restriction Violation
- Jackknifing
- Cell Phone Usage
- Other Telematics
- Driver Distracted
- Speed/Weather Conditions
- Unsafe Lane Movement ✓ (Primary Cause / Vehicle 1)
- Other
- None ✓ (Vehicle 2, Vehicle 3)

### Vehicle Contributing Circumstances

- Engine Failure or Defective
- Accelerator Failure or Defective
- Brake Failure or Defective
- Tire Failure or Defective
- Headlight(s) Defective or Not On
- Other Lights Defective
- Steering Failure
- Window/Windshield Defective
- Oversize/Overweight Load
- Insecure/Leaky Load
- Tow Hitch Failure
- Other
- None ✓ (Primary Cause / Vehicle 1 / Vehicle 2)

### Environment Contributing Circumstances

- Glare
- Roadway Surface
- Holes/Ruts in Surface
- Shoulder Defective
- Road Under Construction
- Severe Crosswinds
- Obstruction Not Marked
- Lane Marking Obscured
- View Obstructed
- Animal/Object in Roadway
- Traffic Ctl Inop/Missing/Obscure
- Utility Work
- Other
- None ✓ (Primary Cause / Vehicle 1 / Vehicle 2)

### Area Information

| Hit and Run | NO |
| School Zone | NO |
| Rumble Strips | NO |
| Locality | RURAL |
| Light Condition | DAYLIGHT |
| Weather Conditions | CLOUDY |
| Surface Condition | DRY |
| Type of Median | |
| Type of Roadway Junction | NO JUNCTION INVOLVED |
| Road Character | STRAIGHT/HILLCREST |
| Roadway Surface | ASPHALT |
| Construction | NO |
| If Yes, Construction Type | |
| Traffic Control Devices | LANE CONTROL |
| Traffic Control Device Operational? | NA |

**Total Estimate of all damage in the Crash:** $50001 TO $100000

**Was this crash the result of aggressive driving?** NO

| Other Property Damage (1) | State Property | Owner's Name and Address |
| Other Property Damage (2) | State Property | Owner's Name and Address |

### Witness/Other Participant

| ✓ Witness | # 1 | Name: JOHN WADE |
| Address etc.: 5877 GADSEN DR PLAINFIELD IN 46168 |
| Phone #: 3175158286 | Location at Time of Crash: DIRECTLY BEHIND VEHICLE 2 |

| Witness | # | Name |
| Other Participant | | |
| Address etc. | | |
| Phone # | Location at Time of Crash | |

### Non-Motorist

| (Last Name, First Name, MI) | |
| Non-Motorist Type | Non-Motorist Action |
| Apparent Physical Condition | |
| Cited? | Direction |
| Street/Highway | |
| Traffic Control? | If yes, was traffic control operational? |


EXHIBIT A

| Local ID | 903262922 | | Page 2 of 6 |
|---|---|---|---|
| 201800372552 | | | |

| Type of Crash | REAR END | | | | |
|---|---|---|---|---|---|
| Time Notified | Time Arrived | Other Location of Investigation | | | |
| 7:50 AM | 7:55 AM | SEE NARRATIVE | | | |
| Assisting Officer | | ID No. | Agency | Investigation Complete? | Photos Taken? |
| TRP HOBBS | | 7560 | SP INDIANAPOLIS 52 | YES | YES |
| Assisting Officer | | ID No. | Agency | Date of Report | |
| | | | | 11/17/2018 | |
| Investigating Officer | | ID No. | Agency | Reviewing Officer | |
| MILLER, J | | 7572 | SP INDIANAPOLIS 52 | 7572 | |

### Narrative

On 11/17/2018, I began this crash investigation.

Location: Interstate 70, westbound, 64.5 mile marker, Plainfield Indiana, Hendricks County.

Weather and Traffic: No weather or traffic issues prior to incident.

Prior to crash, Vehicle #1 had been stopped on the right shoulder, just before the entrance to the westbound rest park at the 64.5 mm on I-70. The Driver and Co-Driver of vehicle #1 were taking a 30 minute break and changing from one driver to the other. After completing their 30 minute break, Driver #1 began to slowly roll out to continue westbound on I-70. Vehicle #1 had their flashers on, but Driver #1 chose not to drive into the rest park via the entry lane. Driver #1 decided to cross over the marked entry way lane and onto the primary roadway shoulder. The shoulder of I-70 at this location is at the top of a slight hillcrest and traveling traffic have either a 70 mph speed limit or a 65 truck limit. After slowly accelerating, with a fully loaded trailer, Vehicle 1 went approximately 530 ft between starting from the shoulder to area of impact. Driver #1 decided to merge into the first lane of travel from the shoulder rather than accelerating into the exit ramp merge lane. This decision along with Vehicle #1 speed and the limited view of other approaching vehicles created this crash.

Driver #2 was operating Vehicle #2, which was a "wide load" in lane number 1 as he was coming past the rest park entry.

Driver #3 was operating Vehicle #3, which was overtaking Vehicle #2, on Vehicle #2's left in lane 2.

As Driver #2 was coming up the hill, an unrelated CMV ahead of him in lane 1 made a sudden lane change to lane 2. The unrelated CMV did so because of Vehicle #1's slow speed and decision to merge into moving traffic at such a slow speed and from the shoulder. Due to the sudden awareness Driver #2 had to Vehicle #1's lane movement into his lane and the fact that Vehicle #3 had not yet finished passing Vehicle #2 on the left. Driver #1 tried to swerve to the left in a attempt to avoid a straight on rear end collision with Vehicle #1. Vehicle #2 struck the back of Vehicle #1 in an offset manor which destroyed the right side of the tractor unit of Vehicle #2. As Vehicle #2 made contact with Vehicle the trailer of Vehicle #1, the tractor unit of Vehicle #2 side swiped the trailer of Vehicle #3, causing trailer and tire damage to Vehicle #3. The post crash debris field was approximately 330 ft long and covered both lane 1 and the rest park exit acceleration lane.

Witness #1 was directly behind Vehicle #2 coming past the rest park. Witness #1 stated that Vehicle #2 was only going about 60 mph prior to the crash due to the other traffic around and that he saw Vehicle #1 just come straight out of the shoulder into the travel lane with no attempt to use the paved merge lane meant to allow exiting vehicles to speed up prior to entering lane #1.

Enforcement Action: Driver #1 was cited for "unsafe lane movement" - Infraction

Driver #2 was taken to Hendricks Regional Hospital for head lacerations and treated and released. I spoke to him at the hospital as part of my investigation.

Vehicle #1 had trailer damage that made it unsafe to use further and was escorted to Curtis Wrecker, Little Point, Indiana along with Vehicle #2, which required towing.

*Narrative Continued...* Page 3 of 6

Vehicle #3 had two flat right side tandem tires on the trailer unit, they remained on scene, on the shoulder with three triangles out, as their company was contacting a tire service for roadside repairs. Vehicle #3's final rest is not shown due to the stopping distance from the area of impact.

## UNIT INFORMATION

**Local ID:** 20180C372552
**903262922**
Page 4 of 6

**Driver's Name (Last, First, MI):** 2 MCCLURE, ROSA, M
**Address (Street, City, State, Zip):** 2104 N HANCOCK AVE, ODESSA, TX 79761

**Safety Equipment Used:** LAP + HARNESS
**Safety Equipment Effective?:** YES
**Ejection/Trapped:** NOT EJECTED OR TRAPPED

**Date of Birth:** 11/02/1966
**Age:** 52
**Gender:** FEMALE
**EMS No.:**
**Immed Attn:** NO
**Driver Injury Status:**

**Driver's License #:** 25666944
**Lic Type:** CD
**CDL Class:** A
**Lic State:** TX
**Nature of Most Severe Injury:**

**Apparent Physical Status:** ✓ Normal
**Restrictions:** ✓ Glasses/Contact Lenses
**Location of Most Severe Injury:**
**If Cited?:** ✓ Infraction
**IC Codes:** 9-21-8-11.5

**Test Given:** NONE
**Alcohol Results:** PBT
**Certified Test:** Pending

**Veh#:** 1
**Color:** RED
**Vehicle Year:** 2008
**Make:** KENWORTH
**Model:** T600
**Style:** CC
**Initial Impact Area:** ✓ Trailer

**# Occupants:** 2
**Lic Year:** 2019
**License #:** R358519
**License State:** TX

**# Axles:** 3
**Speed Limit:** 65
**Insured By:** TRISURA SPECIALTY INS COMPANY
**Phone Number:** 8003699010

**Vehicle Identification #:** 1XKAD49X48J228898

**Areas Damaged (Multiples):** ✓ Trailer, Rear

**Registered Owner's Name (Last, First, MI):** AXIS SOLUTIONS INC
**Address (Street, City, State, Zip):** 9701 PAN AMERICAN SUITE C, EL PASO, TX 79927

**Vehicle Use:** COMMERCIAL (TAXIS, COMMON, CONTRACT)

**Towed?:** NO
**Emergency Run?:** NO
**Fire?:** NO

**1a** Lic State: TX   Lic Year: 2018   Registered Owner's Name: AXIS SOLUTIONS INC

**Vehicle Type:** TRACTOR/ONE SEMI TRAILER

**License #:** 113C550
**Address:** PO BOX 874

**Veh Year:** 2016
**Make:** UTILITY
**City:** CLINT, TX 79836

**Pre-Crash Vehicle Action:** ENTERING TRAFFIC LANE
**Direction of Travel:** WEST

**Type of Primary/Secondary Roadway:** ✓ Multi-Lane Divided (3 or more) - Two Way

**Commercial Vehicle: Carrier's Name and Address:**
1 AXIS SOLUTIONS INC
420 PAN AMERICAN DR
EL PASO, TX 79936

**US DOT#:** C000696640
**CMV Inspection:** NO

**Gross Vehicle Weight Rating:** 26,001# OR MORE
**Cargo Body Type:** VAN/ENCLOSED BOX
**Event Collision With:** 1. ANOTHER MOTOR VEHICLE

**HAZMAT Placard:** NO

## UNIT INFORMATION

**Local ID:** 20180C372552
**903262922**
Page 5 of 6

| Field | Value |
|---|---|
| Driver's Name (Last, First, MI) | 3 HANEY, DONALD, P |
| Address | 816 SEMINOLE CREEK CT |
| City, State, Zip | LEXINGTON, KY 40511 |
| Date of Birth | 11/01/1958 |
| Age | 60 |
| Gender | MALE |
| EMS No. | 123 |
| Immed Attn | YES |
| Driver Injury Status | INCAPACITATING - TRANSPORTED |
| Safety Equipment Used | LAP + HARNESS |
| Safety Equipment Effective? | YES |
| Ejection/Trapped | NOT EJECTED OR TRAPPED |
| Driver's License # | 46406270 |
| Lic Type | CD |
| CDL Class | A |
| Lic State | NC |
| Nature of Most Severe Injury | SEVERE BLEEDING |
| Location of Most Severe Injury | HEAD |

**Apparent Physical Status:** ✓ Normal

**Restrictions:** ✓ None

**If Cited?** (none checked)

**Test Given:** NONE

### Vehicle Information

| Field | Value |
|---|---|
| Veh# | 2 |
| Color | WHITE |
| Vehicle Year | 2005 |
| Make | KENWORTH |
| Model | 900 |
| Style | CC |
| # Occupants | 1 |
| Lic Year | 2019 |
| License # | MW3627 |
| License State | NC |
| # Axles | 3 |
| Speed Limit | 65 |
| Insured By | GREAT WESTERN INS |
| Phone Number | 4024947448 |
| Vehicle Identification # | 1XKWDB9X65J085149 |
| Registered Owner's Name | SILVER BULLET EXPRESS INC |
| Address | 132 EAGLES RIDGE RD, SYLVA, NC 28779 |
| Towed? | YES |
| To | LITTLE POINT INDIANA |
| By | CURTIS WRECKER |
| Due to Disabling Damage | YES |

**Initial Impact Area:** Front (checked)

**Areas Damaged (Multiples):** Front, middle, Rear (checked); Undercarriage - Front checked

**Vehicle Use:** COMMERCIAL (TAXIS, COMMON, CONTRACT)
**Emergency Run?** (blank)
**Fire?** NO

| Field | Value |
|---|---|
| Lic State | OK |
| Lic Year | 2019 |
| Registered Owner's Name | SILVER BULLET EXPRESS INC |
| License # | AD5572 |
| Address | 132 EAGLES RIDGE RD, SYLVA, NC 28779 |
| Veh Year | 2018 |
| Make | REIT |

**Vehicle Type:** TRACTOR/ONE SEMI TRAILER
**Pre-Crash Vehicle Action:** GOING STRAIGHT
**Direction of Travel:** WEST

**Type of Primary/Secondary Roadway:** ✓ Multi-Lane Divided (3 or more) - Two Way

**Commercial Vehicle: Carrier's Name and Address**
2  SILVER BULLET EXPRESS INC
654 SOUTHERN HILLS DRIVE
RICHMOND, KY 40475

| Field | Value |
|---|---|
| HAZMAT Proper Shipping Name | (blank) |
| State DOT# | (blank) |
| US DOT# | C002083987 |
| ICC# | (blank) |
| CMV Inspection | NO |
| Gross Vehicle Weight Rating | 26,001# OR MORE |
| Cargo Body Type | FLATBED |
| HAZMAT Placard | NO |
| Event Collision With | 1. ANOTHER MOTOR VEHICLE |

**UNIT INFORMATION**

Local ID: 20180C372552
903262922
Page 6 of 6

- **Driver's Name (Last, First, MI):** 4  PALOMINO, FLORENTINO, S
- **Address:** 603 W 1ST, KRESS, TX 79052
- **Safety Equipment Used:** LAP + HARNESS
- **Safety Equipment Effective?** YES
- **Ejection/Trapped:** NOT EJECTED OR TRAPPED
- **Date of Birth:** 03/23/1965
- **Age:** 53
- **Gender:** MALE
- **EMS No.:**
- **Immed Attn:** NO
- **Driver Injury Status:**
- **Driver's License #:** 11811C55
- **Lic Type:** CD
- **CDL Class:** A
- **Lic State:** TX
- **Nature of Most Severe Injury:**
- **Apparent Physical Status:** ✓ Normal
- **Restrictions:** ✓ To/From Employment; None
- **Location of Most Severe Injury:**
- **If Cited?:** (none checked)
- **Test Given:** NONE
- **Alcohol Results:** (blank)
- **Drug Results:** (blank)

**Vehicle**
- Veh# 3
- Color: BLUE
- Vehicle Year: 2019
- Make: FRIEGHTLINER
- Model: UNK
- Style: CC
- # Occupants: 2
- Lic Year: 2019
- License #: W27219
- License State: NE
- # Axles: 3
- Speed Limit: 65
- Insured By: ACE AMERICAN INSURANCE CO
- Phone Number: 8004318216
- VIN: 3AKJH1DR4KSKJ5075
- Registered Owner's Name: WERNER ENTERPRISES INC
- Address: 14507 FRONTIER RD, OMAHA, NE 68138
- Towed?: NO
- **Initial Impact Area:** ✓ Trailer
- **Areas Damaged (Multiples):** Front-right and Rear-right boxes checked (diagram)
- **Vehicle Use:** COMMERCIAL (TAXIS, COMMON, CONTRACT)
- **Emergency Run?:** (blank)
- **Fire?:** NO
- **Vehicle Type:** TRACTOR/ONE SEMI TRAILER
- **Pre-Crash Vehicle Action:** GOING STRAIGHT
- **Direction of Travel:** WEST
- **Type of Primary/Secondary Roadway:** ✓ Multi-Lane Divided (3 or more) - Two Way

**3a**
- Lic State: NE
- Lic Year: 2018
- Registered Owner's Name: WERNER ENTERPRISES INC
- Address: 14507 FRONTIER RD, OMAHA, NE 68138
- License #: 28219W
- Veh Year: 2019
- Make: WANC

**Commercial Vehicle: Carrier's Name and Address**
- 3  WERNER ENTERPRISES INC
- 14507 FRONTIER ROAD
- OMAHA, NE 68138
- **HAZMAT Proper Shipping Name:** (blank)
- **State DOT#:** (blank)
- **US DOT#:** C000053467
- **ICC#:** (blank)
- **CMV Inspection:** NO
- **Gross Vehicle Weight Rating:** 26,001# OR MORE
- **Cargo Body Type:** VAN/ENCLOSED BOX
- **Event Collision With:** 1. ANOTHER MOTOR VEHICLE
- **HAZMAT Placard:** NO



```
----User Attributes----

User Name = Independent Crawfordadj
Racf Identifier = ICRAWF1
User Identifier = ICRAWF1
Email Address = Crawford_Adjustors@gwccnet.com
Web Key Type = IAD
Web Key Code =
Agency Name =
Agent Number =
Company Name =
Web Operator Identifier =

----Form Parameters----

claimDocumentComments =
claimDocumentDate = 11/27/2018
claimDocumentType = 130
claimDocumentType_SELECT = 130
claimLossState = IN
claimNumber = P24604
claimType = L
claimUserReference =
fileContentType = application/pdf
fileName = 3342899_PR (002).pdf
insuredName = SILVER BULLET EXPRESS INC
upload = Upload selected file
```